# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br><br>  v.<br><br>**C&A IP HOLDINGS, LLC,**<br><br>        Defendant. | **Civil Action No. 2:15-cv-1633**<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Display Technologies, LLC is a Texas limited liability company. Display Technologies, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED October 7, 2015.                    Respectfully submitted,

                                          By: */s/ Krystal L. Gibbens*
                                          Hao Ni
                                          Texas Bar No. 24047205
                                          hni@nilawfirm.com
                                          Timothy T. Wang
                                          Texas Bar No. 24067927
                                          twang@nilawfirm.com
                                          Neal G. Massand
                                          Texas Bar No. 24039038
                                          nmassand@nilawfirm.com
                                          Stevenson Moore V
                                          Texas Bar No. 24076573
                                          smoore@nilawfirm.com
                                          Krystal L. Gibbens
                                          Texas Bar No. 24082185
                                          kgibbens@nilawfirm.com

                                          **NI, WANG & MASSAND, PLLC**
                                          8140 Walnut Hill Ln., Ste. 500
                                          Dallas, TX 75231
                                          Tel: (972) 331-4600
                                          Fax: (972) 314-0900

                                          **ATTORNEYS FOR PLAINTIFF**
                                          **DISPLAY TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                            */s/ Krystal L. Gibbens*
                            Krystal L. Gibbens