# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. C&A IP HOLDINGS, LLC, *Defendant*. | Civil Action No. 1:15-cv-1633 **JURY TRIAL DEMANDED** |

## DEFENDANT C&A IP HOLDINGS, LLC'S AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant C&A IP Holdings, LLC, by and through its undersigned counsel, certifies as follows:

1. Defendant C&A IP Holdings, LLC is not owned by a parent corporation.

2. No publicly owned corporation owns 10% or more of Defendant C&A IP Holdings, LLC's stock.

Dated:  January 26, 2016

Respectfully submitted,

/s/ Russell E. Levine, P.C.
Russell E. Levine, P.C.
(Illinois State Bar No. 6193834)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
russell.levine@kirkland.com

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on January 26, 2016.

/s/ Russell E. Levine, P.C.
Russell E. Levine, P.C.
